# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF GEORGIA

**Baskloofs Stone, Inc., d/b/a deBeer Granite & Marble**
)
)
*Plaintiff*
)
)
)
v.
)
) Civil Action No. 3:25-cv-0256-LMM
)
**Truist Bank, Inc., and Technology Insurance Company** )
**d/b/a AmTrustCyber** )
)
)

*Defendant*

## AFFIDAVIT OF SERVICE

I, Kevin Mitchell, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to Technology Insurance Company d/b/a AmTrustCyber in Cobb County, GA on December 5, 2025 at 12:39 pm at 2985 Gordy Pkwy, 1st Floor, Marietta, GA 30066-3078 by leaving the following documents with Dale Stapnick who as INTAKE_SPECIALIST at United Agent Group, Inc. is authorized by appointment or by law to receive service of process for Technology Insurance Company d/b/a AmTrustCyber.

COMPLAINT
SUMMONS IN A CIVIL ACTION
JS44 Civil Cover Sheet

White Male, est. age 55-64, glasses: N, no hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=34.0400445283,-84.4619532241
Photograph: See Exhibit 1

Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Broward County ,

FL on 12/8/2025 .

/s/ *Kevin Mitchell*

Signature
Kevin Mitchell
+1 (678) 923-3094

