NORTHERN DISTRICT OF GEORGIA

**BASKLOOFS STONE, INC. d/b/a DEBEER GRANITE & MARBLE**

    *Plaintiff(s) / Petitioner(s)*

v.

**TRUIST BANK, INC., and TECHNOLOGY INSURANCE COMPANY d/b/a AMTRUSTCYBER**

    *Defendant(s) / Respondent(s)*

Case No.: 3:25-cv-00256-LMM

## AFFIDAVIT OF SERVICE

I, Michael Armstrong, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to Truist Bank, Inc. in Gwinnett County, GA on December 5, 2025 at 2:22 pm at 2 Sun Ct, Ste 400, Peachtree Corners, GA 30092-2865 by leaving the following documents with Alicia Smith who as INTAKE_SPECIALIST at CSC is authorized by appointment or by law to receive service of process for Truist Bank, Inc..

CIVIL COVER SHEET
COMPLAINT
SUMMONS IN A CIVIL ACTION

Additional Description:
Left documents with register agent Alicia Smith

Black or African American Female, est. age 45-54, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9". Geolocation of Serve: https://google.com/maps?q=33.9680672,-84.227296
Photograph: See Exhibit 1

Total Cost: $115.00

| | | |
|---|---|---|
| _____ | Subscribed and sworn to before me this 10 day of December 2025, by Michael. | _____ |
| Signature<br>Michael Armstrong<br>+1 (850) 324-2796 | Witness my hand and official seal. | Notary Public<br><br>My commission expires:<br>09/11/2029 |

*(Notary seal: JAHANZAIB IQBAL, Gwinnett County, Notary Public, Expires 09-11-2029, STATE OF GEORGIA)*

Exhibit 1a)

