IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BASKLOOFS STONE, INC. d/b/a
DEBEER GRANITE & MARBLE,

  Plaintiff,

v.

TRUIST BANK, INC. and
TECHNOLOGY INSURANCE
COMPANY d/b/a AMTRUSTCYBER,

  Defendants.

CIVIL ACTION NO.:
3:25-cv-00256-LMM

## CONSENT MOTION TO EXTEND DEADLINE TO
## ANSWER OR FILE OTHER DEFENSIVE PLEADINGS

Plaintiff Baskloofs Stone, Inc. d/b/a DeBeer Granite and Marble ("Plaintiff")

and Defendant Technology Insurance Company, Inc. ("Defendant TIC"), pursuant

to Fed. R. Civ. P. 6(b)(1)(A), file this Motion to Extend the Deadline for Defendant

to answer, plead, or otherwise respond to Plaintiff's Complaint through and

including **Monday, January 26, 2026**.

Defendant TIC's answer to the Plaintiff's Complaint is due on December 26,

2026. This Court has broad discretion to extend the deadlines for good cause "with

… motion or notice if the court acts, or if a request is made, before the original time

or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The original time for responding to the Complaint has not expired. Plaintiff and Defendant TIC agree that the time within which Defendant may timely file and serve its answer and defenses, plead, or otherwise respond to Plaintiff's Complaint should be extended through and including January 25, 2026. Accordingly, Plaintiff and Defendant respectfully request the Court to enter an order extending the time for Defendant Technology Insurance Company, Inc. to answer, plead, or otherwise respond to Plaintiff's Complaint through and including January 26, 2026.

Respectfully submitted this 17th day of December, 2025.

**BOVIS, KYLE, BURCH**
**& MEDLIN, LLC**

*/s/ Kim M. Jackson*
Kim M. Jackson
Georgia Bar No. 387420
kjackson@boviskyle.com

*/s/ Kathy C. So*
Kathy C. So
Georgia Bar No. 660077
kso@boviskyle.com

200 Ashford Center North
Suite 500
Atlanta, Georgia 30338
Telephone: (770) 391-9100
Facsimile: (770) 668-0878
*Counsel for Defendant Technology*
*Insurance Company, Inc.*

**CONSENTED TO BY**:
**FPG LAW, LLC**

*/s/ Frank G. Podesta*
Frank G. Podesta
Georgia Bar No. 496530
555 Sun Valley Drive
Suite N-3
Roswell, GA 30076
(678) 677-5143
fpodesta@fgplaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing **Consent Motion to Extend Deadline to Answer or File other Defensive Pleadings** has been prepared in 14-point size Times New Roman font, in accordance with L.R. 5.1.

Respectfully submitted,

**Bovis, Kyle, Burch & Medlin, LLC**

| | |
|---|---|
| 200 Ashford Center North | /s/ Kathy C. So |
| Suite 500 | Georgia Bar No. 660077 |
| Atlanta, Georgia 30338-2680 | |
| Tel: (770) 391-9100 | *Counsel for Defendant Technology Insurance* |
| Fax: (770) 668-0878 | *Company, Inc.* |
| kjackson@boviskyle.com | |
| kso@boviskyle.com | |

# CERTIFICATE OF SERVICE

I hereby certify that on the date stated below, I electronically filed the forgoing **Consent Motion to Extend Deadline to Answer or File other Defensive Pleadings** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 17th day of December, 2025.

**Bovis, Kyle, Burch & Medlin, LLC**

*/s/ Kathy C. So*
Kathy C. So
Georgia Bar No. 660077
*Counsel for Defendant Technology*
*Insurance Company, Inc.*

200 Ashford Center North, Suite 500
Atlanta, Georgia 30338
Telephone:  (770) 391-9100
Facsimile:  (770) 668-0878
Email:        kso@boviskyle.com