IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BASKLOOFS STONE, INC. d/b/a  :
DEBEER GRANITE & MARBLE,    :
                            :
                            :
    Plaintiff,             :
                            :
v.                          :        CIVIL ACTION NO.
                            :        3:25-cv-00256-LMM
TRUIST BANK, INC., *et al.,*   :
                            :
                            :
    Defendants.            :

### **ORDER**

This matter is before the Court on Plaintiff and Defendant Technology

Insurance Company, Inc.'s Consent Motion to Extend Deadline to Answer or File

Other Defensive Pleadings [8]. For good cause shown, the Motion is **GRANTED**.

Defendant TIC shall have through and including Monday, January 26, 2026, to

respond to Plaintiff's Complaint.

**IT IS SO ORDERED** this 18th day of December, 2025.

**Leigh Martin May**
**Chief United States District Judge**