IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BASKLOOFS STONE, INC. d/b/a
DEBEER GRANITE & MARBLE,

    Plaintiff,

v.

TRUIST BANK, INC. and
TECHNOLOGY INSURANCE
COMPANY d/b/a AMTRUSTCYBER,

    Defendants.

CASE NO. 3:25-cv-00256-LMM

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

Kim M. Jackson of the law firm of Bovis, Kyle, Burch & Medlin, LLC hereby

enters his appearance as counsel of record for Defendant Technology Insurance

Company, Inc. in the above-captioned matter.

Respectfully submitted this 18th day of December, 2025.

BOVIS, KYLE, BURCH & MEDLIN, LLC

*/s/ Kim M. Jackson*
Kim M. Jackson
Georgia Bar No.: 387420
*Attorney for Defendant Technology*
*Insurance Company, Inc.*

200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2680
Telephone: 770-391-9100
Facsimile: 770-668-0878
kjackson@boviskyle.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 18, 2025, I electronically filed this **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

<div style="margin-left:50%">

*/s/ Kim M. Jackson*
Kim M. Jackson
Georgia Bar No.: 387420
*Attorney for Defendant Technology Insurance Company, Inc.*

</div>

200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2680
Telephone:  770-391-9100
Facsimile:   770-668-0878
kjackson@boviskyle.com