**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **BASKLOOFS STONE, INC. d/b/a DEBEER GRANITE & MARBLE,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | **CIVIL ACTION NO.** |
| **v.** | ) ) | **3:25-cv-00256-LMM** |
| **TRUIST BANK, INC., and TECHNOLOGY INSURANCE COMPANY d/b/a AMTRUSTCYBER,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
TRUIST BANK TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Truist Bank d/b/a Truist Bank, Inc. ("Truist"), with the consent of Plaintiff Baskloofs Stone, Inc. d/b/a DeBeer Granite & Marble, hereby respectfully moves the Court for an extension of time for Truist to answer, move, plead, or otherwise respond to Plaintiff's Complaint (the "Complaint") in this matter. In support of this motion, Truist shows the Court as follows:

1. Plaintiff filed its Complaint in this matter on December 3, 2025 and served Truist on December 5, 2025. (*See* Dkts. 1, 7.) Accordingly, Truist's current deadline to respond is December 26, 2025. (*See* Dkt. 7.)

1

**2.** Truist is investigating the claims in the Complaint. Given the December and January holidays, Truist requests additional time to investigate and respond to the allegations and claims made by Plaintiff in its Complaint.

**3.** Accordingly, Truist respectfully requests a 30-day extension of the current deadline to answer, move, plead, or otherwise respond to Plaintiff's Complaint, up to and including Monday, January 26, 2026.[1]

**4.** Plaintiff's counsel consents to the Motion and to the extension of time requested herein.

**5.** This motion is made in good faith, is not made for purposes of delay, and granting the Motion will not prejudice any party.

**6.** This is Truist's first request for an extension of time in this matter.

**WHEREFORE**, Truist respectfully requests that the Court enter an order extending the deadline for Truist to answer, move, plead, or otherwise respond to Plaintiff's Complaint through and including Monday, January 26, 2026. For the Court's convenience, a proposed order is attached hereto.

Respectfully submitted this 18th day of December, 2025.

*[Signatures appear on following page]*

---

[1] 30 days after December 26, 2025 is Sunday, January 25, 2026. Because this date falls on a weekend, Truist's answer, motion, pleading, or other response would be due on Monday, January 26, 2026.

**FGP LAW, LLC**

*/s/ Frank G. Podesta* (by RCB w/
express permission)
Frank G. Podesta
Georgia Bar No. 496530
555 Sun Valley Drive, Suite N-3
Roswell, GA 30076
Telephone: (678) 677-5143
Email: fpodesta@fpglaw.com

*Counsel for Plaintiff Baskloofs Stone,
Inc. d/b/a DeBeer Granite & Marble*

**BRADLEY ARANT BOULT
CUMMINGS LLP**

*/s/ Rachel C. Bramblett*
Nancy H. Baughan
Georgia Bar No. 042575
Rachel C. Bramblett
Georgia Bar No. 896738
Promenade Tower
1230 Peachtree Street, NE, Suite 2100
Atlanta, GA 30309
Telephone: (404) 868-2100
Email: nbaughan@bradley.com
       rbramblett@bradley.com

*Counsel for Defendant Truist Bank*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a copy of the within and foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRUIST BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** upon all parties to this matter by electronically filing it with the Clerk of Court using the CM/ECF system, which automatically will send e-mail notification of such filing to the attorneys of record in this matter.

This 18th day of December, 2025.

*/s/ Rachel C. Bramblett*
Rachel C. Bramblett