**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **BASKLOOFS STONE, INC. d/b/a DEBEER GRANITE & MARBLE,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.** |
| ) | |
| **v.** ) | **3:25-cv-00256-LMM** |
| ) | |
| **TRUIST BANK, INC., and TECHNOLOGY INSURANCE COMPANY d/b/a AMTRUSTCYBER,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER ON CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRUIST BANK TO RESPOND TO PLAINTIFFS' COMPLAINT

This matter came before the Court on Defendant Truist Bank's Consent Motion for Extension of Time for Defendant Truist Bank to Respond to Plaintiff's Complaint (the "Motion"). Having reviewed and considered the Motion, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**, and that Defendant Truist Bank shall have up to and including Monday, January 26, 2026 to answer, move, plead, or otherwise respond to Plaintiff's Complaint.

SO ORDERED this 18th day of ___December___ 2025.

HONORABLE LEIGH MARTIN MAY
Judge, United States District Court for
the Northern District of Georgia