IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BASKLOOFS STONE, INC. d/b/a
DEBEER GRANITE & MARBLE,

    Plaintiff,

v.

TRUIST BANK, INC. and
TECHNOLOGY INSURANCE
COMPANY d/b/a AMTRUSTCYBER,

    Defendants.

CIVIL ACTION NO.:
3:25-cv-00256-LMM

## ANSWER AND COUNTERCLAIM OF DEFENDANT TECHNOLOGY INSURANCE COMPANY

Defendant Technology Insurance Company, Inc. ("Defendant TIC") files this Answer to Plaintiff Baskloofs Stone, Inc. d/b/a DeBeer Granite and Marble's ("Plaintiff") Complaint and Counterclaim, and shows the Court as follows:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant TIC upon which relief can be granted.

1

## SECOND DEFENSE

Plaintiff's Complaint may be barred, in whole or in part, due to accord and satisfaction.

## THIRD DEFENSE

To avoid waiving any affirmative defenses that may subsequently develop, Plaintiff's Complaint may be barred, in whole or in part, by the affirmative defenses as stated in Fed. R. Civ. P. 8(c)(1), or any one of them.

## FOURTH DEFENSE

As a matter of law, Defendant TIC is not liable for attorney's fees.

## FIFTH DEFENSE

Plaintiff's claims for attorney's fees under O.C.G.A. § 13-6-11 are barred against this Defendant and should be dismissed.

## SIXTH DEFENSE

The rights and obligations of Defendant TIC and Plaintiff are governed by the terms and conditions of the Policy at issue.

## SEVENTH DEFENSE

Defendant TIC denies each and every allegation not otherwise specifically admitted herein, including those contained in Plaintiff's Prayer for Relief.

## **EIGHTH DEFENSE**

Defendant TIC responds to the individually numbered paragraphs of Plaintiff's Complaint as follows:

## NATURE OF THE ACTION

1.      Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Complaint but specifically denies breaching any contract.

## PARTIES

2.      Upon information and belief, paragraph 2 of Plaintiff's Complaint is admitted.

3.      Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.      Paragraph 4 of Plaintiff's Complaint is admitted.

## JURISDICTION AND VENUE

5.      Defendant TIC admits paragraph 5 of Plaintiff's Complaint.

6.      Defendant TIC admits only that venue appears proper in this District and Division, but TIC is without knowledge or information sufficient to form a belief

as to the truth of the balance of the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. Paragraph 8 of Plaintiff's Complaint is admitted.

FACTUAL BACKGROUND

9. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. Paragraph 10 of Plaintiff's Complaint is denied as stated and no policy was attached to the Complaint. In further response, Defendant TIC admits that it issued AmTrust Cyber Policy, with Policy Number TPP1728248, for Policy Period effective from 1/1/2025 to 1/1/2026 to DeBeer Granite and Marble (the "Policy"). A true and correct copy of the Policy is attached as Exhibit A.

11. In response to paragraph 11 of Plaintiff's Complaint, Defendant TIC states that the Policy speaks for itself. All allegations in paragraph 11 that are inconsistent with the Policy are denied.

12. In response to paragraph 12 of Plaintiff's Complaint, Defendant TIC states that the Policy speaks for itself. All allegations in paragraph 12 that are inconsistent with the Policy are denied.

13. In response to paragraph 13 of Plaintiff's Complaint, Defendant TIC states that the Policy speaks for itself. All allegations in paragraph 13 that are inconsistent with the Policy are denied.

14. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of Plaintiff's Complaint.

17. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of Plaintiff's Complaint.

24. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of Plaintiff's Complaint.

25. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of Plaintiff's Complaint.

26. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of Plaintiff's Complaint.

27. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of Plaintiff's Complaint.

28. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of Plaintiff's Complaint.

29. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of Plaintiff's Complaint.

30. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of Plaintiff's Complaint.

31. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of Plaintiff's Complaint.

32. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of Plaintiff's Complaint.

33. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of Plaintiff's Complaint.

34. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of Plaintiff's Complaint.

35. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of Plaintiff's Complaint.

36. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of Plaintiff's Complaint.

37. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of Plaintiff's Complaint.

38. Paragraph 38 of Plaintiff's Complaint is denied.

39. Paragraph 39 of Plaintiff's Complaint is denied.

40. Paragraph 40 of Plaintiff's Complaint is denied.

41. Defendant TIC admits that this lawsuit is a suit for damages but specifically denies that TIC is liable to Plaintiff or has breached the Policy in any way.

<u>COUNT I – Negligence Against Truist</u>

42. In response to paragraph 42 of Plaintiff's Complaint, Defendant TIC incorporates all of its responses set forth above as though fully set forth herein.

43. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of Plaintiff's Complaint.

44. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of Plaintiff's Complaint.

45. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of Plaintiff's Complaint.

46. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of Plaintiff's Complaint.

47. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of Plaintiff's Complaint.

48. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of Plaintiff's Complaint.

49. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of Plaintiff's Complaint.

50. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of Plaintiff's Complaint.

51. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of Plaintiff's Complaint.

52. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of Plaintiff's Complaint.

53. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of Plaintiff's Complaint.

54. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of Plaintiff's Complaint.

55. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of Plaintiff's Complaint.

56. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of Plaintiff's Complaint.

57. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of Plaintiff's Complaint.

58. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of Plaintiff's Complaint.

59. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of Plaintiff's Complaint.

60. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of Plaintiff's Complaint.

61. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of Plaintiff's Complaint.

62.     Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of Plaintiff's Complaint.

63.     Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of Plaintiff's Complaint.

64.     Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of Plaintiff's Complaint.

65.     Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of Plaintiff's Complaint.

66.     Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of Plaintiff's Complaint.

67.     Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of Plaintiff's Complaint.

68. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of Plaintiff's Complaint.

69. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of Plaintiff's Complaint.

70. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of Plaintiff's Complaint.

71. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of Plaintiff's Complaint.

72. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of Plaintiff's Complaint.

73. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of Plaintiff's Complaint.

74. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of Plaintiff's Complaint.

COUNT II – Gross Negligence Against Truist

75. In response to paragraph 75 of Plaintiff's Complaint, Defendant TIC incorporates all of its responses set forth above as though fully set forth herein.

76. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of Plaintiff's Complaint.

77. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of Plaintiff's Complaint.

78. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of Plaintiff's Complaint.

79. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of Plaintiff's Complaint.

80. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of Plaintiff's Complaint.

81. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of Plaintiff's Complaint.

82. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of Plaintiff's Complaint.

83. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of Plaintiff's Complaint.

84. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of Plaintiff's Complaint.

85. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of Plaintiff's Complaint.

86. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of Plaintiff's Complaint.

87. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of Plaintiff's Complaint.

88. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of Plaintiff's Complaint.

89. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of Plaintiff's Complaint.

90. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of Plaintiff's Complaint.

91. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of Plaintiff's Complaint.

92. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of Plaintiff's Complaint.

93. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of Plaintiff's Complaint.

94. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of Plaintiff's Complaint.

95. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of Plaintiff's Complaint.

96. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of Plaintiff's Complaint.

97. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of Plaintiff's Complaint.

98. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of Plaintiff's Complaint.

99. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of Plaintiff's Complaint.

100. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of Plaintiff's Complaint.

101. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of Plaintiff's Complaint.

102. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of Plaintiff's Complaint.

103. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of Plaintiff's Complaint.

104. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of Plaintiff's Complaint.

105. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of Plaintiff's Complaint.

106. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of Plaintiff's Complaint.

107. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of Plaintiff's Complaint.

108. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of Plaintiff's Complaint.

109. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of Plaintiff's Complaint.

<u>COUNT III – Breach of Fiduciary Duty Against Truist</u>

110. In response to paragraph 110 of Plaintiff's Complaint, Defendant TIC incorporates all of its responses set forth above as though fully set forth herein.

111. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of Plaintiff's Complaint.

112. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of Plaintiff's Complaint.

113. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of Plaintiff's Complaint.

114. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of Plaintiff's Complaint.

115. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of Plaintiff's Complaint.

116. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of Plaintiff's Complaint.

117. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of Plaintiff's Complaint.

118. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of Plaintiff's Complaint.

119. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of Plaintiff's Complaint.

120. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of Plaintiff's Complaint.

121. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of Plaintiff's Complaint.

122. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of Plaintiff's Complaint.

123. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of Plaintiff's Complaint.

124. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of Plaintiff's Complaint.

125. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of Plaintiff's Complaint.

126. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of Plaintiff's Complaint.

127. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of Plaintiff's Complaint.

128. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of Plaintiff's Complaint.

129. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of Plaintiff's Complaint.

130. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of Plaintiff's Complaint.

131. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of Plaintiff's Complaint.

132. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of Plaintiff's Complaint.

133. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 133 of Plaintiff's Complaint.

134. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 of Plaintiff's Complaint.

135. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of Plaintiff's Complaint.

136. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 of Plaintiff's Complaint.

137. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137 of Plaintiff's Complaint.

138. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 138 of Plaintiff's Complaint.

139. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 139 of Plaintiff's Complaint.

140. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 140 of Plaintiff's Complaint.

<u>COUNT IV – Breach of Contract Against AmTrust</u>

141. In response to paragraph 141 of Plaintiff's Complaint, Defendant TIC incorporates all of its responses set forth above as though fully set forth herein.

142. Paragraph 142 of Plaintiff's Complaint is denied as stated. In further response, Defendant TIC states that the Policy speaks for itself.

143. In response to paragraph 143 of Plaintiff's Complaint, Defendant TIC denies these allegations as stated as they are partial quotes of Policy language but incomplete and misrepresent the scope of the coverage provided. TIC states that the Policy speaks for itself. All allegations in the paragraph that are inconsistent with the Policy are denied.

144. In response to paragraph 144 of Plaintiff's Complaint, Defendant TIC denies these allegations as stated as they are partial quotes of Policy language but incomplete and misrepresent the scope of the coverage provided. TIC states that the Policy speaks for itself. All allegations in the paragraph that are inconsistent with the Policy are denied.

145.   In response to paragraph 145 of Plaintiff's Complaint, Defendant TIC denies these allegations as stated as they are partial quotes of Policy language but incomplete and misrepresent the scope of the coverage provided. TIC states that the Policy speaks for itself. All allegations in the paragraph that are inconsistent with the Policy are denied.

146.   Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 146 of Plaintiff's Complaint.

147.   Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 147 of Plaintiff's Complaint.

148.   Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 148 of Plaintiff's Complaint.

149.   Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 149 of Plaintiff's Complaint.

150. Defendant TIC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 150 of Plaintiff's Complaint.

151. Paragraph 151 of Plaintiff's Complaint is denied as stated.

152. Paragraph 152 of Plaintiff's Complaint is denied as stated.

153. Paragraph 153 of Plaintiff's Complaint is denied as stated.

154. Paragraph 154 of Plaintiff's Complaint is denied.

<u>COUNT V – Attorneys' Fees Against Both Defendants</u>

155. In response to paragraph 155 of Plaintiff's Complaint, Defendant TIC incorporates all of its responses set forth above as though fully set forth herein.

156. Paragraph 156 of Plaintiff's Complaint is denied.

157. Paragraph 157 of Plaintiff's Complaint is denied.

158. Paragraph 158 of Plaintiff's Complaint is denied.

159. Paragraph 159 of Plaintiff's Complaint is denied.

160. Paragraph 160 of Plaintiff's Complaint is denied.

WHEREFORE, Defendant TIC prays that this Court enters judgment against Plaintiff and grant Defendant TIC such other and further relief as this Court deems just and proper.

# COUNTERCLAIM FOR DECLARATORY JUDGMENT

## 1.

Defendant TIC files this Counterclaim for declaratory judgment pursuant to Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201, to declare the rights and other legal relations surrounding questions of actual controversy that presently exist between the parties.

## 2.

A controversy of a judicial nature presently exists between Plaintiff De Beer and Defendant TIC, which demands a declaration by this Court in order that Defendant TIC may have its rights and duties under the applicable contract of insurance determined and avoid the possible accrual of damages.

## 3.

Plaintiff De Beer is subject to the jurisdiction and venue of this Court, and complete diversity exists between Plaintiff and Defendant TIC. To the extent subject matter jurisdiction exists over Plaintiff's Complaint, it exists over this Counterclaim as well.

## 4.

Defendant TIC issued an insurance policy to North American Data Security (NADS) RPG on behalf of and including each Member, with Policy Number

TPP1728248-02, for the Policy Period Effective from 1/1/2025 to 1/1/2026 (the "Policy"). A true and correct copy of the Policy is attached as Exhibit A.

5.

DeBeer Granite and Marble is a member of NADS RPG and is a Certificate Holder. A true and correct copy of the Certificate of Insurance issued to DeBeer Granite and Marble is attached as Exhibit B.

6.

The Policy includes the following limits of coverage and retentions for the Insured's Direct Loss:

| | LIMIT OF COVERAGE | RETENTION |
|---|---|---|
| Cyber Event: | $50,000 | $1,000 |
| Cyber Deception: | $10,000 | $1,000 |

7.

The Policy includes the following provisions:

> In consideration of the payment of the premium, in reliance upon the information provided to the **Insurer**, and subject to the **Aggregate Limits of Liability** and applicable **Retention**, exclusions, conditions, and other terms of this Policy, the **Insurer** and **Company** agree as follows:
>
> **<u>COVERAGE FOR THE INSURED'S DIRECT LOSS</u>**
>
> The **Insurer** will indemnify the **Company** for any of the following first **Discovered** during the **Policy Period**:
> …

30

**Cyber Event**
**Cyber Event Costs** directly resulting from a **Cyber Event**.

**Cyber Deception**
The **Company's** loss of **Money** or **Securities** directly resulting from a **Cyber Deception**.

8.

The Policy includes the following Definitions:

**Cyber Event** means any **Privacy Breach** or **Cyber Attack**.

**Cyber Event Costs** mean any:
- (A) **Forensic Costs**;
- (B) **Data Breach Response Costs**;
- (C) **Voluntary Notification Costs**;
- (D) **Legal and Regulatory Advice Costs**;
- (E) **Public Relations Costs**;
- (F) **Cyber Event Guidance Costs**; or
- (G) **Rewards**.

9.

The Policy also defines **Cyber Deception** as any:

- (A) **Fraudulent Instruction**;
- (B) **Funds Transfer Fraud**; or
- (C) **Telephone Fraud**.

10.

The Policy includes the following Exclusions:

### **EXCLUSIONS**

No coverage is available under this Policy with respect to any **Loss**, or any other amounts arising out of:

…
**Trading**
any actual or alleged trading losses, trading liabilities or change in value of accounts; any loss, transfer or theft of monies, securities or tangible property of the Insured or others; or the monetary value of any transactions or electronic fund transfers by or on behalf of the Insured which is lost, diminished, or damaged during transfer from, into or between accounts; provided, however, that this exclusion will not apply to coverage provided under the Cyber Deception insuring agreement.

11.

Plaintiff alleges that it incurred a loss on or about April 24, 2025, when an unknown third party managed to transfer funds from Plaintiff's bank account without authorization.

12.

Plaintiff seeks coverage for the lost funds under the Policy.

13.

The Policy's Cyber Event Coverage does not apply to Plaintiff's alleged loss.

14.

Plaintiff's claims under the Policy's Cyber Event Coverage are excluded.

15.

At most, Plaintiff's alleged loss may fall under the Policy's Cyber Deception Coverage, which is limited to the proof of a loss that meets the definition of **Cyber Deception**, and is subject to a limit of $10,000 with a $1,000 retention.

32

WHEREFORE, Defendant TIC prays that this Court enters judgment declaring that the Policy does not cover Plaintiff's claims under the Cyber Event Coverage and grant TIC such other and further relief as this Court deems just and proper.

Respectfully submitted this 26th day of January, 2026.

**BOVIS, KYLE, BURCH & MEDLIN, LLC**

*/s/ Kim M. Jackson*
Kim M. Jackson
Georgia Bar No. 387420
kjackson@boviskyle.com

*/s/ Kathy C. So*
Kathy C. So
Georgia Bar No. 660077
kso@boviskyle.com

200 Ashford Center North
Suite 500
Atlanta, Georgia 30338
Telephone: (770) 391-9100
Facsimile: (770) 668-0878
*Counsel for Defendant Technology Insurance Company, Inc.*

# CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing **Answer and Counterclaim** has been prepared in 14-point size Times New Roman font, in accordance with L.R. 5.1.

**Bovis, Kyle, Burch & Medlin, LLC**

200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2680
Tel: (770) 391-9100
Fax: (770) 668-0878
kjackson@boviskyle.com
kso@boviskyle.com

/s/ *Kim M. Jackson*
Georgia Bar No. 387420

*Counsel for Defendant Technology Insurance Company, Inc.*