EXHIBIT B

**Technology Insurance Company, Inc.**
800 Superior Avenue East
Cleveland, Ohio 44114

## CERTIFICATE OF INSURANCE

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER, AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER. A CLAIM OR POTENTIAL CLAIM MUST BE REPORTED TO THE INSURER IN ACCORDANCE WITH THE TERMS OF POLICY BELOW.

This Certificate of Insurance names the certificate holder who qualifies as an insured entity under the AmTrust Cyber Policy below. It also lists the coverage effective date, coverage expiration date and the Certificate Holder Limit of Liability that applies to the certificate holder named in Item 1 of this Certificate. This Certificate does not amend, extend, or alter the coverage provided by the policy below in any way.

**Insureds' Representative (Named Insured):** North American Data Security RPG

| | |
|---|---|
| **Item 1.** | **CERTIFICATE HOLDER (MEMBER):** |
| | **Name:** DeBeer Granite and Marble |
| | **Address:** 145 Mallory Ct |
| | TYRONE          GA       30290 |
| **Item 2.** | **POLICY NUMBER:** Refer to Master Policy |
| **Item 3.** | **CERTIFICATE ISSUE DATE:** 1/1/2025 |
| **Item 4.** | **COVERAGE PERIOD:** |
| | **From:** 1/1/2025     **To:** 1/1/2026 |
| | (At 12:01 A.M. standard time at the address stated in Item 1 above.) |
| **Item 5.** | **MEMBER NUMBER:** 51092 |
| **Item 6.** | **TYPE OF INSURANCE:** Cyber & Privacy Regulation Liability |
| **Item 7.** | **MEMBER AGGREGATE LIMIT OF INSURANCE:** $250,000. |
| **Item 8.** | **ANNUAL MEMBER PREMIUM:** Refer to Administrator (includes insurance premium as well as separate fees for other services provided not applicable to such insurance) |
| **Item 9.** | **CONTINUITY DATE:** Inception date indicated in Item 4. |