# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **BASKLOOFS STONE, INC. d/b/a DEBEER GRANITE & MARBLE,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | |
| **TRUIST BANK, INC., and TECHNOLOGY INSURANCE COMPANY d/b/a AMTRUSTCYBER,** | ) ) ) ) ) ) | **Civil Action No.: 3:25-cv-00256-LMM** |
| **Defendants.** | ) ) | |

## SUPPLEMENTAL DECLARATION OF ANDRACO BOHANNON

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      My name is Andraco Bohannon. I have been employed by Truist Bank and its predecessors since May 1999. My current position is Operations Manager at Truist Bank, a position that I have held since approximately December 2019.

2.      I am authorized to make this Declaration on behalf of Truist, and the facts set forth herein are based upon my personal knowledge, as well as my familiarity with the business records maintained by Truist in the ordinary course of business, including Truist's Bank Services Agreements governing deposit accounts, and notifications to customers about amendments to the contracts governing their

- 1 -

accounts.

3.    I am familiar with Truist's standard business practices with respect to its standard procedures for mailing monthly account statements. I have personally reviewed the account history and records relating to the accounts of the Plaintiff in the above-captioned lawsuit, and the documents attached to this Declaration, which are business records of Truist Bank.

4.    Plaintiff Baskloofs Stone Inc. d/b/a DeBeer Granite & Marble ("Baskloofs Stone" or "de Beer") maintains a Bank Business Checking account with Truist ending in -0274 (the "Account").

5.    The transactions in issue in the Complaint occurred in the Account described in paragraph 4 above.

6.    Baskloofs Stone receives paperless account statements for the Account via Online Banking, and is able to login to view the statement when it becomes available. Truist used this method to provide Baskloofs Stone a periodic account statement for the Account for September 30, 2025. A true and correct copy of the September 30, 2025 account statement is attached hereto as **Exhibit E**.

7.    The September 30, 2025 Account statement provided notice to Baskloofs Stone that changes were being made to Truist's Commercial Bank Services Agreement ("CBSA") effective October 31, 2025, including changes to the Arbitration Agreement. The notice advised Baskloofs Stone that continued use of its

Account after the effective date constitutes acceptance of the changes. (Ex. E at 3.) The notice also advised that the most current version of the CBSA could be obtained at any Truist branch or online at www.truist.com. (*Id.*) The notice further explained that all future transactions on the Account would be governed by the amended CBSA. (*Id.*)

8.      Following the September 30, 2025 account statement, Baskloofs Stone continued to use the Account. A true and correct copy of the October 31, 2025 account statement is attached hereto as **Exhibit F**; a true and correct copy of the November 28, 2025 account statement is attached hereto as **Exhibit G**.

9.      The records referenced above and attached hereto are true and correct copies of records kept or obtained by Truist in the ordinary course of business. The records were made by or from information transmitted by an employee or representative with knowledge of the events, recorded therein. The records were made at or near the time of the events recorded therein or reasonably soon thereafter. Except for the redactions of personally identifiable information, account numbers, and transaction and account balances, the records attached are exact duplicates of the originals.

10.    I declare under penalty of perjury that the foregoing is true and correct.

*[**Signature appears on following page**]*

- 3 -

Executed this ___18th___ day of ___February___, 2026.


_____
Andraco Bohannon

# EXHIBIT E



Page 1 of 4    09/30/25
GA    ██████0274

```
805-70-01-00 12073  27 C 001 30 S  66 002
BASKLOOFS STONE INC
DBA DEBEER GRANITE & MARBLE
145 MALLORY CT
TYRONE GA  30290-2739
```

# Your account statement
For 09/30/2025

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

---

■ **COMMERCIAL SUITE CHECKING** ██████ 0274

### Account summary

| | |
|---|---|
| Your previous balance as of 08/29/2025 | $█ |
| Checks | − █ |
| Other withdrawals, debits and service charges | █ |
| Deposits, credits and interest | + █ |
| **Your new balance as of 09/30/2025** | **= $█** |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 09/08 | █ | █ | 09/02 | | █ | 09/17 | █ | █ |
| 09/02 | ■ | █ | 09/04 | | █ | 09/16 | | █ |
| 09/02 | * | █ | 09/10 | | █ | 09/24 | | █ |
| 09/11 | * | █ | 09/16 | | █ | 09/22 | * | █ |
| 09/19 | | █ | 09/03 | | █ | 09/29 | | █ |
| 09/08 | | █ | 09/08 | | █ | 09/29 | * | █ |
| 09/02 | | █ | 09/15 | | █ | 09/29 | | █ |
| 09/02 | | █ | 09/15 | | █ | 09/23 | | █ |
| 09/03 | | █ | 09/15 | | █ | 09/29 | | █ |

\* indicates a skip in sequential check numbers above this item

**Total checks**    =█

### Other withdrawals, debits and service charges



| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/02 | █ | █ |
| 09/02 | █ | █ |
| 09/02 | █ | █ |
| 09/02 | █ | █ |
| 09/02 | █ | █ |
| 09/03 | █ | █ |
| 09/03 | █ | █ |
| 09/03 | █ | █ |
| 09/04 | █ | █ |
| 09/04 | █ | █ |
| 09/04 | █ | █ |
| 09/05 | █ | █ |
| 09/05 | █ | █ |
| 09/08 | █ | █ |
| 09/09 | █ | █ |

*continued*

■ PAGE 1 OF 4

0212120

■ COMMERCIAL SUITE CHECKING ███████ 0274 (continued)



| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 09/10 | | |
| 09/11 | | |
| 09/11 | | |
| 09/12 | | |
| 09/12 | | |
| 09/15 | | |
| 09/15 | | |
| 09/15 | | |
| 09/16 | | |
| 09/16 | | |
| 09/16 | | |
| 09/17 | | |
| 09/17 | | |
| 09/17 | | |
| 09/17 | | |
| 09/17 | | |
| 09/17 | | |
| 09/17 | | |
| 09/17 | | |
| 09/18 | | |
| 09/18 | | |
| 09/18 | | |
| 09/19 | | |
| 09/19 | | |
| 09/19 | | |
| 09/19 | | |
| 09/22 | | |
| 09/22 | | |
| 09/23 | | |
| 09/24 | | |
| 09/24 | | |
| 09/24 | | |
| 09/25 | | |
| 09/25 | | |
| 09/25 | | |
| 09/26 | | |
| 09/26 | | |
| 09/26 | | |
| 09/29 | | |
| 09/29 | | |

Total other withdrawals, debits and service charges = ██████

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 09/02 | | |
| 09/03 | | |
| 09/04 | | |
| 09/05 | | |
| 09/05 | | |
| 09/05 | | |
| 09/08 | | |
| 09/09 | | |
| 09/10 | | |
| 09/12 | | |
| 09/12 | | |
| 09/12 | | |
| 09/15 | | |
| 09/16 | | |
| 09/16 | | |
| 09/17 | | |

*continued*

Case 3:25-cv-00256-LMM    Document 16-1    Filed 02/20/26    Page 9 of 20

▪ **COMMERCIAL SUITE CHECKING** ▓▓▓▓▓ 0274 (continued)



| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/19 | ███ | ███ |
| 09/19 | ████████████ | ███ |
| 09/19 | █████████████████ | ███ |
| 09/22 | ██████████████████ | ███ |
| 09/25 | ██████████████████ | ███ |
| 09/25 | ███████████ | ███ |
| 09/26 | ████████ | ███ |
| 09/26 | ████████ | ███ |
| 09/29 | ████████ | ███ |
| 09/30 | ████████ | ███ |
| 09/30 | █████████████ | ███ |
| Total deposits, credits and interest | | = ███ |

**Effective September 08, 2025,** the early withdrawal penalty for Certificates of Deposit (CD) will be updated.
- Prior to 09/08/2025, an early withdrawal penalty from your Certificate of Deposit had an interest penalty based on your remaining term or a minimum fee of $25, whichever was greater.

**What's New:**
- Effective 09/08/2025, only the interest penalty based on your remaining term will apply, there will no longer be a $25 minimum early withdrawal penalty fee.
- Please refer to the Truist Commercial Bank Services Agreement in Section I (Certificates of Deposit) for additional details on Truist's early withdrawal penalty.

Changes are being made effective October 31, 2025 to the Commercial Bank Services Agreement ("CBSA") that governs your account, including revisions to Section B (Arbitration Agreement) and Section I (Certificates of Deposit). Continued use of your account after the effective date constitutes your acceptance of the changes. The most current version of the CBSA can be obtained at any Truist branch or online at www.truist.com/CBSA. All future transactions on your account will be governed by the amended CBSA. If you have any questions about these changes, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487- 8478).

0212121

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week.  Truist Contact Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday.  You may also contact your local Truist branch.  To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only.  Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:
> Fraud Management
> P.O. Box 1014
> Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance."  The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle.  To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**.  This gives us the daily balance.  Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch.  To dispute a payment, please write to us on a separate sheet of paper at the following address:
> Card and Direct to Consumer Lending
> PO Box 200
> Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.  You may telephone us, but doing so will not preserve your rights.   In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A.  Record the transaction date, the check number or type of debit and the debit amount.  Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B.  Record the transaction date, credit type and the credit amount.  Add up all of the credits and enter the sum here: | | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance.  Enter the sum here.  This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478).  MEMBER FDIC

# EXHIBIT F

Page 1 of 4    10/31/25
GA          ▮▮▮▮0274

805-70-01-00 12073 22 C 001 30 S 66 002
BASKLOOFS STONE INC
DBA DEBEER GRANITE & MARBLE
145 MALLORY CT
TYRONE GA   30290-2739

# Your account statement
For 10/31/2025

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

The federal government will stop sending paper checks after September 30, 2025, except in limited cases. Federal benefit payments are required to be made electronically. Switch your federal benefit payments to direct deposit to avoid delays: https://godirect.gov or call 800-967-6857 (Mon–Fri, 9 AM–7 PM ET).

## ▪ COMMERCIAL SUITE CHECKING ▮▮▮▮ 0274

### Account summary

| | |
|---|---|
| Your previous balance as of 09/30/2025 | $ ▮ |
| Checks | - ▮ |
| Other withdrawals, debits and service charges | - ▮ |
| Deposits, credits and interest | + ▮ |
| Your new balance as of 10/31/2025 | = $ ▮ |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 10/31 | ▮ | ▮ | 10/16 | ▮ | ▮ | 10/21 | ▮ | ▮ |
| 10/01 | * ▮ | ▮ | 10/16 | * ▮ | ▮ | 10/17 | ▮ | ▮ |
| 10/06 | * ▮ | ▮ | 10/21 | ▮ | ▮ | 10/17 | ▮ | ▮ |
| 10/01 | * ▮ | ▮ | 10/21 | ▮ | ▮ | 10/20 | * ▮ | ▮ |
| 10/06 | ▮ | ▮ | 10/23 | ▮ | ▮ | 10/28 | ▮ | ▮ |
| 10/03 | * ▮ | ▮ | 10/24 | ▮ | ▮ | 10/31 | ▮ | ▮ |
| 10/16 | ▮ | ▮ | 10/24 | * ▮ | ▮ | 10/31 | * ▮ | ▮ |
| 10/14 | ▮ | ▮ | | | | | | |

* indicates a skip in sequential check numbers above this item

Total checks = $ ▮

### Other withdrawals, debits and service charges



| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/01 | ▮ | ▮ |
| 10/01 | ▮ | ▮ |
| 10/01 | ▮ | ▮ |
| 10/01 | ▮ | ▮ |
| 10/01 | ▮ | ▮ |
| 10/01 | ▮ | ▮ |
| 10/02 | ▮ | ▮ |
| 10/02 | ▮ | ▮ |
| 10/02 | ▮ | ▮ |
| 10/03 | ▮ | ▮ |
| 10/03 | ▮ | ▮ |
| 10/03 | ▮ | ▮ |
| 10/06 | ▮ | ▮ |
| 10/06 | ▮ | ▮ |

*continued*

0125692

■ COMMERCIAL SUITE CHECKING ███████ 0274 (continued)



| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 10/07 | ██████ | ██████ |
| 10/08 | ██████ | ██████ |
| 10/09 | ██████ | ██████ |
| 10/09 | ██████ | ██████ |
| 10/09 | ██████ | ██████ |
| 10/10 | ██████ | ██████ |
| 10/14 | ██████ | ██████ |
| 10/15 | ██████ | ██████ |
| 10/15 | ██████ | ██████ |
| 10/15 | ██████ | ██████ |
| 10/15 | ██████ | ██████ |
| 10/16 | ██████ | ██████ |
| 10/16 | ██████ | ██████ |
| 10/17 | ██████ | ██████ |
| 10/17 | ██████ | ██████ |
| 10/17 | ██████ | ██████ |
| 10/20 | ██████ | ██████ |
| 10/21 | ██████ | ██████ |
| 10/21 | ██████ | ██████ |
| 10/22 | ██████ | ██████ |
| 10/22 | ██████ | ██████ |
| 10/23 | ██████ | ██████ |
| 10/23 | ██████ | ██████ |
| 10/24 | ██████ | ██████ |
| 10/24 | ██████ | ██████ |
| 10/27 | ██████ | ██████ |
| 10/27 | ██████ | ██████ |
| 10/27 | ██████ | ██████ |
| 10/28 | ██████ | ██████ |
| 10/28 | ██████ | ██████ |
| 10/29 | ██████ | ██████ |
| 10/29 | ██████ | ██████ |
| 10/30 | ██████ | ██████ |
| 10/30 | ██████ | ██████ |
| 10/31 | ██████ | ██████ |
| 10/31 | ██████ | ██████ |
| 10/31 | ██████ | ██████ |

Total other withdrawals, debits and service charges                    = $ ██████

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 10/01 | ██████ | ██████ |
| 10/02 | ██████ | ██████ |
| 10/07 | ██████ | ██████ |
| 10/08 | ██████ | ██████ |
| 10/08 | ██████ | ██████ |
| 10/09 | ██████ | ██████ |
| 10/10 | ██████ | ██████ |
| 10/14 | ██████ | ██████ |
| 10/14 | ██████ | ██████ |
| 10/16 | ██████ | ██████ |
| 10/17 | ██████ | ██████ |
| 10/17 | ██████ | ██████ |
| 10/17 | ██████ | ██████ |
| 10/20 | ██████ | ██████ |
| 10/20 | ██████ | ██████ |
| 10/20 | ██████ | ██████ |
| 10/21 | ██████ | ██████ |

*continued*



▪ **COMMERCIAL SUITE CHECKING** ████ 0274 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 10/22 | ████ | ████ |
| 10/22 | ████ | ████ |
| 10/23 | ████ | ████ |
| 10/24 | ████ | ████ |
| 10/27 | ████ | ████ |
| 10/27 | ████ | ████ |
| 10/27 | ████ | ████ |
| 10/28 | ████ | ████ |
| 10/29 | ████ | ████ |
| 10/29 | ████ | ████ |
| 10/30 | ████ | ████ |
| 10/30 | ████ | ████ |
| 10/31 | ████ | ████ |
| **Total deposits, credits and interest** | | = $████ |

Important: Fee Changes. Truist has completed an annual review of wholesale payment services pricing. As of January 1, 2026, fees will change for some treasury and payment services, including changes to depository, payment and select digital services. Additional detail will be available in your next statement.

0125693

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week.  Truist Contact Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday.  You may also contact your local Truist branch.  To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only.  Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

> Fraud Management
> P.O. Box 1014
> Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance."  The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**.  This gives us the daily balance.  Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch.  To dispute a payment, please write to us on a separate sheet of paper at the following address:

> Card and Direct to Consumer Lending
> PO Box 200
> Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.  You may telephone us, but doing so will not preserve your rights.   In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1.  List the new balance of your account from your latest statement here: | | | | | |
| 2.  Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A.  Record the transaction date, the check number or type of debit and the debit amount.  Add up all of the debits, and enter the sum here: | | | | | |
| 3.  Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4.  Record any outstanding credits in section B.  Record the transaction date, credit type and the credit amount.  Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5.  Add the amount in Line 4 to the amount in Line 3 to find your balance.  Enter the sum here.  This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478).  MEMBER FDIC

0125693

# EXHIBIT G

```
805-70-01-00 12073  18 C 001 30 S  66 002
BASKLOOFS STONE INC
DBA DEBEER GRANITE & MARBLE
145 MALLORY CT
TYRONE GA  30290-2739
```

# Your account statement

For 11/28/2025

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

---

■ **COMMERCIAL SUITE CHECKING** ▋▋▋ 0274

### Account summary

| | |
|---|---|
| Your previous balance as of 10/31/2025 | $ ▋ |
| Checks | - ▋ |
| Other withdrawals, debits and service charges | - ▋ |
| Deposits, credits and interest | + ▋ |
| **Your new balance as of 11/28/2025** | **= $ ▋** |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|------|---------|-----------|------|---------|-----------|------|---------|-----------|
| 11/04 | ▋ | ▋ | 11/21 | * ▋ | ▋ | 11/20 | ▋ | ▋ |
| 11/06 | * ▋ | ▋ | 11/19 | ▋ | ▋ | 11/21 | ▋ | ▋ |
| 11/04 | ▋ | ▋ | 11/25 | ▋ | ▋ | 11/25 | ▋ | ▋ |
| 11/05 | ▋ | ▋ | 11/25 | ▋ | ▋ | 11/25 | ▋ | ▋ |
| 11/07 | ▋ | ▋ | 11/20 | ▋ | ▋ | 11/24 | ▋ | ▋ |
| 11/26 | ▋ | ▋ | 11/28 | ▋ | ▋ | 11/26 | ▋ | ▋ |

* indicates a skip in sequential check numbers above this item

**Total checks** = $ ▋

### Other withdrawals, debits and service charges



| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 11/03 | ▋ | ▋ |
| 11/03 | ▋ | ▋ |
| 11/03 | ▋ | ▋ |
| 11/03 | ▋ | ▋ |
| 11/03 | ▋ | ▋ |
| 11/04 | ▋ | ▋ |
| 11/04 | ▋ | ▋ |
| 11/05 | ▋ | ▋ |
| 11/05 | ▋ | ▋ |
| 11/05 | ▋ | ▋ |
| 11/06 | ▋ | ▋ |
| 11/06 | ▋ | ▋ |
| 11/06 | ▋ | ▋ |
| 11/10 | ▋ | ▋ |
| 11/12 | ▋ | ▋ |
| 11/12 | ▋ | ▋ |
| 11/12 | ▋ | ▋ |
| 11/13 | ▋ | ▋ |

*continued*

0117002

▪ COMMERCIAL SUITE CHECKING ██████ 0274 (continued)



| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/13 | ████ | ██ |
| 11/14 | ████ | ██ |
| 11/17 | ████ | ██ |
| 11/18 | ████ | ██ |
| 11/19 | ████ | ██ |
| 11/19 | ████ | ██ |
| 11/19 | ████ | ██ |
| 11/19 | ██████████ | ██ |
| 11/20 | ████ | ██ |
| 11/20 | ████ | ██ |
| 11/20 | ████ | ██ |
| 11/21 | ████ | ██ |
| 11/21 | ████ | ██ |
| 11/21 | ████████ | ██ |
| 11/24 | ████████████ | ██ |
| 11/24 | ████ | ██ |
| 11/25 | ████ | ██ |
| 11/26 | ████ | ██ |
| 11/26 | ████ | ██ |
| 11/26 | ██████████████ | ██ |
| 11/28 | ████ | ██ |
| 11/28 | ██████ | ██ |

Total other withdrawals, debits and service charges = $██████

### Deposits, credits and interest



| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/03 | ████████████ | ██ |
| 11/03 | ████████████ | ██ |
| 11/04 | ████████████ | ██ |
| 11/06 | █████████████ | ██ |
| 11/07 | █████████████ | ██ |
| 11/10 | ████████████ | ██ |
| 11/12 | ████████████ | ██ |
| 11/13 | ████████████ | ██ |
| 11/13 | ████████████ | ██ |
| 11/14 | █████████████ | ██ |
| 11/14 | █████████████ | ██ |
| 11/17 | ████████████ | ██ |
| 11/17 | ██████████████ | ██ |
| 11/17 | ████████████ | ██ |
| 11/18 | ████████████ | ██ |
| 11/18 | █████████████ | ██ |
| 11/20 | ██████████████ | ██ |
| 11/20 | ████████████ | ██ |
| 11/20 | ████████████ | ██ |
| 11/21 | ████████████ | ██ |
| 11/24 | ████████████ | ██ |
| 11/24 | ████████████ | ██ |
| 11/25 | ████████████ | ██ |
| 11/25 | ████████████ | ██ |
| 11/25 | ██████████████ | ██ |
| 11/26 | ███████████████ | ██ |
| 11/26 | ████████████ | ██ |
| 11/28 | █████████████ | ██ |
| 11/28 | ██████████████ | ██ |

Total deposits, credits and interest = $██████

*Important: Fee Changes. Truist has completed an annual review of wholesale payment services pricing. As of January 1, 2026, fees will change for some treasury and payment services, including changes to depository, payment and select digital services. Visit www.truist.com/pricingchanges for a full list of impacted services.*

0117003



# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week.  Truist Contact Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday.  You may also contact your local Truist branch.  To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only.  Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

> Fraud Management
> P.O. Box 1014
> Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance."  The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**.  This gives us the daily balance.  Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch.  To dispute a payment, please write to us on a separate sheet of paper at the following address:

> Card and Direct to Consumer Lending
> PO Box 200
> Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.  You may telephone us, but doing so will not preserve your rights.   In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478).  MEMBER FDIC

0117003