# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

BASKLOOFS STONE, INC. d/b/a
DEBEER GRANITE & MARBLE,

     Plaintiff,

v.

TRUIST BANK, INC. and
TECHNOLOGY INSURANCE
COMPANY d/b/a AMTRUSTCYBER,

     Defendants.

CIVIL ACTION NO:
3:25-cv-00256-LMM

## <u>NOTICE OF LEAVE OF ABSENCE</u>

KIM M. JACKSON respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Superior Court Rule 16.

1.    The periods of leave, during which time Applicant will be away from the practice of law, are as follows:

February 23 – 27, 2026
March 10 – 16, 2026
April 14 – 20, 2026
May 12 – 18, 2026
June 2 – 8, 2026
July 14 – 20, 2026
July 23 *through* August 4, 2026
September 7 – 14, 2026
September 21 – 28, 2026
November 9 – 13, 2026
December 1 – 7, 2026

2.      All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it.  If no objections are filed, the Leave shall be granted.

This 23rd day of February, 2026.

**BOVIS, KYLE, BURCH & MEDLIN, LLC**

/s/ Kim M. Jackson_____
Kim M. Jackson
Georgia Bar No. 387420

*Attorney for Defendant Technology Insurance Company*

200 Ashford Center North
Suite 500
Atlanta, Georgia 30338
(770) 391-9100
(770) 668-0878 (facsimile)
kjackson@boviskyle.com

## CERTIFICATE OF SERVICE

I further certify that this *Notice of Leave of Absence* was this day filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to counsel of record.

This 23rd day of February, 2026.

/s/ Kim M. Jackson
**KIM M. JACKSON**
Georgia Bar No. 387420

*Attorney for Defendant Technology Insurance Company*

**BOVIS, KYLE, BURCH & MEDLIN, LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
770-391-9100 (telephone)
770-668-0878 (facsimile)
kjackson@boviskyle.com

<u>**CERTIFICATE OF COMPLIANCE**</u>

This is to certify that the foregoing **Notice of Leave of Absence** has been prepared in 14-point size Times New Roman font, in accordance with L.R. 5.1.

Respectfully submitted,

**BOVIS, KYLE, BURCH & MEDLIN, LLC**

<u>/s/ Kim M. Jackson</u>
Kim M. Jackson
GA Bar No. 387420

*Attorney for Defendant Technology Insurance Company*

200 Ashford Center North
Suite 500
Atlanta, GA  30338-2668
(770) 391-9100 (telephone)
(770) 668-0878 (facsimile)
kjackson@boviskyle.com