IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BASKLOOFS STONE, INC. d/b/a
DEBEER GRANITE and MARBLE,

    Plaintiff,

v.

TRUIST BANK, INC. and
TECHNOLOGY INSURANCE
COMPANY d/b/a AMTRUSTCYBER,

    Defendants.

CIVIL ACTION NO.:
3:25-cv-00256-LMM

## APPLICATION FOR ENTRY OF DEFAULT AGAINST PLAINTIFF

Pursuant to Fed. R. Civ. P. 55, Defendant Technology Insurance Company d/b/a AmTrustCyber ("TIC") requests that the Clerk enter an Entry of Default against Plaintiff/Counterclaim-Defendant Baskloofs Stone, Inc. d/b/a deBeer Granite and Marble ("de Beer") respectfully showing the Court as follows:

1.    Defendant/Counterclaim-Plaintiff filed its *Answer and Counterclaim of Defendant Technology Insurance Company* on January 26, 2026 [Doc. 14].

2.    Plaintiff/Counterclaim-Defendant deBeer was properly served with the Counterclaim on January 26, 2026 via the CM/ECF system, which automatically sent an email notification of such filing to deBeer's counsel.

1

3.      DeBeer has failed to serve or file a responsive pleading or motion.

4.      The applicable time for serving a responsive pleading or motion has expired. Pursuant to Fed. R. Civ. P. 12(a)(1)(B), the time to file a response expired on February 16, 2026.

5.      Defendant/Counterclaim-Plaintiff, therefore, respectfully requests that the Clerk enter a default as to Plaintiff/Counterclaim-Defendant deBeer.

Respectfully submitted this 27th day of February, 2026.

**Bovis, Kyle, Burch & Medlin, LLC**

200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2680
(770) 391-9100
kjackson@boviskyle.com
kso@boviskyle.com

/s/ Kim M. Jackson
Ga. State Bar No. 387420

/s/ Kathy C. So
Ga. State Bar No. 660077

Attorneys for Defendant Technology
Insurance Company, Inc.

2

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that the foregoing **Application for Entry of Default Against Plaintiff** has been prepared in 14-point size Times New Roman font, in accordance with L.R. 5.1.

Respectfully submitted this 27th day of February, 2026.

**Bovis, Kyle, Burch & Medlin, LLC**

<u>/s/ Kim M. Jackson</u>
Ga. State Bar No. 387420

200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2680
(770) 391-9100
kjackson@boviskyle.com
kso@boviskyle.com

<u>/s/ Kathy C. So</u>
Ga. State Bar No. 660077

Attorneys for Defendant Technology
Insurance Company, Inc.

3