IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| BASKLOOFS STONE, INC. d/b/a DEBEER GRANITE and MARBLE,<br><br>    Plaintiff,<br><br>v.<br><br>TRUIST BANK, INC. and TECHNOLOGY INSURANCE COMPANY d/b/a AMTRUSTCYBER,<br><br>    Defendants. | CIVIL ACTION NO.:<br>3:25-cv-00256-LMM |

## AFFIDAVIT OF KATHY C. SO

Personally appeared before me, the undersigned officer authorized by law to administer oaths, Kathy C. So, who, first having been sworn, stated the following facts:

1.    I am over 18 years of age, a United States citizen, and competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit, which are all true and correct.

2.    I am an attorney for Defendant Technology Insurance Company ("TIC") in the above-referenced action.

1

3.   I submit this affidavit in further support of TIC's Application for Entry of Default Against Plaintiff [Doc. 18].

4.   Plaintiff filed this action on or about December 3, 2025 [Doc. 1].

5.   Pursuant to Order [Doc. 9], TIC timely responded to the Complaint by filing its *Answer and Counterclaim of Defendant Technology Insurance Company* on January 26, 2026 [Doc. 14].

6.   Defendant/Counterclaimant served its *Answer and Counterclaim* on Plaintiff/Counter-Defendant by electronic service via CM/ECF on January 26, 2026.

7.   Plaintiff/Counter-Defendant has failed to answer, plead, or otherwise respond to the Counterclaim, and the time to do so has expired, and has failed to otherwise defend against the Counterclaim in the above-referenced action within the time required by the Federal Rules of Civil Procedure.

FURTHER AFFIANT SAITH NOT.

_____
Kathy C. So

Sworn to and subscribed before
Me, this ___ day of March, 2026.

_____
Notary Public

2