# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

BASKLOOFS STONE, INC. d/b/a )
DEBEER GRANITE & MARBLE, )
       )
       Plaintiff, )
       )        **Civil Action No.**
       v. )        **3:25-cv-00256-LMM**
       )
TRUIST BANK, INC., and )
TECHNOLOGY INSURANCE )
COMPANY d/b/a AMTRUSTCYBER, )
       )
       Defendants. )

## CONSENT MOTION FOR LEAVE

Baskoof's Stone, Inc. d/b/a deBeer Granite & Marble ("Baskloofs") hereby files this Consent Motion for Leave to file a responsive pleading to Technology Insurance Company d/b/a AmTrustCyber's ("AmTrust") Application for Entry of Default [Doc. 18] out of time, as follows.

## DISCUSSION

AmTrust made its Application on February 27, 2026 [Doc. 18]. A responsive pleading was due no later than March 12, 2026.

On Thursday, March 5, 2026, the undersigned became very ill with a yet-unknown malady. On Sunday, March 8, 2026, the undersigned went to urgent care for the first time. When the problem got worse on Tuesday, March 10, 2026, the undersigned went to urgent care for the second time.

The second urgent care directed the undersigned to go to an emergency room, and the undersigned was not released from the emergency room until Wednesday, March 11, 2026. After the emergency room, the undersigned was seen by further doctors on Thursday, March 12; Friday, March 13, and Tuesday March 17, 2026, with plans for additional appointments in the future.

The medical staff has not been able to conclusively adopt a single diagnosis and is treating the undersigned for numerous potential diseases. However, between the period of March 5 and 17, 2026, the undersigned has done virtually zero work and has been mostly medicated and/or asleep. The undersigned is only now returning to active work.

Counsel for AmTrust does not object to this extension of seven (7) days to respond to the Application, through and including March 20, 2026.

## <u>CONCLUSION</u>

This Court should Grant Baskloofs's Motion and allow it to respond through and including March 20, 2026.

Respectfully submitted, this 18th day of March, 2026.

FGP LAW, LLC

/s/ Frank G. Podesta
Frank G. Podesta
Georgia Bar No. 496530
fpodesta@fgplaw.com

555 Sun Valley Drive
Suite N-3
Roswell, Georgia 30076
678.677.5143 (voice)
678.222.0123 (facsimile)

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Consent Motion for Leave** was prepared using 14 Point Times New Roman Font, and that on March 18, 2026, I filed the foregoing with the Clerk of Court, and served via same on all counsel of record via this Court's CM/ECF Electronic Filing System.

Respectfully submitted, this 18th day of March, 2026.

FGP LAW, LLC

/s/ Frank G. Podesta
Frank G. Podesta
Georgia Bar No. 496530
fpodesta@fgplaw.com