IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| BASKLOOFS STONE, INC., d/b/a DEBEER GRANITE & MARBLE, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:25-cv-00256-LMM |
| TRUIST BANK, INC., *et al.,* | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |
| TECHNOLOGY INSURANCE COMPANY, | : | |
| | : | |
| | : | |
| Counter Claimant, | : | |
| | : | |
| v. | : | |
| | : | |
| BASKLOOFS STONE, INC., | : | |
| | : | |
| Counter Defendant, | : | |

**<u>ORDER</u>**

This matter is before the Court on Plaintiff/Counter Defendant Baskloofs Stone, Inc.'s Consent Motion for Leave to file a responsive pleading to Technology Insurance Company's Application for Entry of Default out of time. Dkt. No. [20]. For good cause shown, the Motion is **GRANTED**. Baskloofs Stone, Inc., shall have through and including March 20, 2026, to respond to the Application for Entry of Default.

2

**IT IS SO ORDERED** this 18th day of March, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**