**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

BASKLOOFS STONE, INC. d/b/a
DEBEER GRANITE & MARBLE,

     Plaintiff,

v.

TRUIST BANK, INC., and
TECHNOLOGY INSURANCE
COMPANY d/b/a AMTRUSTCYBER,

     Defendants.

CIVIL ACTION NO:
3:25-cv-00256-LMM

## AMENDED NOTICE OF LEAVE OF ABSENCE

     KIM M. JACKSON respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Superior Court Rule 16.

     1.    The periods of leave, during which time Applicant will be away from the practice of law, are as follows:

     April 14 – 20, 2026
     May 12 – 18, 2026
     June 2 – 8, 2026
     June 10 – 11, 2026
     July 14 – 20, 2026
     July 22 *through* August 4, 2026
     September 7 – 14, 2026
     September 21 – 28, 2026
     October 23 *through* November 4, 2026
     November 9 – 13, 2026
     December 1 – 7, 2026
     December 10 – 11, 2026

2.    All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it.  If no objections are filed, the Leave shall be granted.

This 20th day of March, 2026.

**BOVIS, KYLE, BURCH & MEDLIN, LLC**

*/s/ Kim M. Jackson*_____

Kim M. Jackson

Georgia Bar No. 387420

*Attorney for Defendant Technology Insurance Company*

200 Ashford Center North
Suite 500
Atlanta, Georgia 30338
(770) 391-9100
(770) 668-0878 (facsimile)
kjackson@boviskyle.com

## CERTIFICATE OF SERVICE

I further certify that this *Notice of Leave of Absence* was this day filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to counsel of record.

This 20th day of March, 2026.

/s/ Kim M. Jackson
**KIM M. JACKSON**
Georgia Bar No. 387420

*Attorney for Defendant Technology Insurance Company*

**BOVIS, KYLE, BURCH & MEDLIN, LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
770-391-9100 (telephone)
770-668-0878 (facsimile)
kjackson@boviskyle.com

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing **Notice of Leave of Absence** has been prepared in 14 point size Times New Roman font, in accordance with L.R. 5.1.

Respectfully submitted,

**BOVIS, KYLE, BURCH & MEDLIN, LLC**

/s/ Kim M. Jackson
Kim M. Jackson
GA Bar No. 387420

*Attorney for Defendant Technology Insurance Company*

200 Ashford Center North
Suite 500
Atlanta, GA  30338-2668
(770) 391-9100 (telephone)
(770) 668-0878 (facsimile)
kjackson@boviskyle.com