IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| BASKLOOFS STONE, INC. d/b/a DEBEER GRANITE and MARBLE,<br><br> Plaintiff,<br><br>v.<br><br>TRUIST BANK, INC. and TECHNOLOGY INSURANCE COMPANY d/b/a AMTRUSTCYBER,<br><br> Defendants. | CIVIL ACTION NO.:<br>3:25-cv-00256-LMM |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.1(E)(4), Kathy C. So, gives notice of her withdrawal as counsel for Defendant TECHNOLOGY INSURANCE COMPANY d/b/a AMTRUSTCYBER. The Defendant is represented by Kim M. Jackson and will not be left unrepresented as a result of this withdrawal.

s/ Kathy C. So
Georgia Bar No. 660077
Bovis, Kyle, Burch & Medlin, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338
(770) 391-9100 Telephone
(770) 668-0878 Facsimile
kso@boviskyle.com
