## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| **BASKLOOFS STONE, INC. d/b/a** | ) | |
| **DEBEER GRANITE & MARBLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **v.** | ) | **3:25-cv-00256-LMM** |
| | ) | |
| **TRUIST BANK, INC., and** | ) | |
| **TECHNOLOGY INSURANCE** | ) | |
| **COMPANY d/b/a AMTRUSTCYBER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES

Baskloofs Stone, Inc. d/b/a deBeer Granite & Marble ("Baskloofs"), by and through undersigned counsel, hereby files this answer and affirmative defenses in response to the Counterclaim filed by Technology Insurance Company d/b/a AmTrustCyber ("AmTrust"), as follows.

### First Affirmative Defense

The Counterclaim fails to state a claim upon which relief may be granted, as it appears to be nothing more than an affirmative defense to Baskloofs's claims.

### Second Affirmative Defense

Subject to and without waiver of these defenses and affirmative defenses, Baskloofs responds to the paragraphs of the Counterclaim as follows:

1.    Denied.

2.    Denied.

3.    Admitted.

4.    Baskloofs can neither admit nor deny this allegation as it lacks sufficient information as to the definition of the word "Member."

5.    Baskloofs can neither admit nor deny this allegation as it lacks sufficient information as to the definition of the word "Member."

6.    Admitted.

7.    Admitted.

8.    Admitted.

9.    Admitted.

10.    Admitted that this is a portion of the Exclusions provisions.  Denied as to the implication that this is the entirety thereof.

11.    Admitted.

12.    Admitted.

13.    Denied.

14.    Denied.

15.    Denied.

## General Denial

To the extent that any allegation within the Counterclaim has not been expressly denied above, Baskloofs hereby denies all such allegations.

2

WHEREFORE, having fully answered the Counterclaim, Baskloofs prays as follows:

(a)    That the Counterclaims be dismissed with prejudice;

(b)    That all costs of this action be assessed against AmTrust; and

(c)    That the Court award Baskloofs all such further relief as this Court deems just and proper.

## Demand for Jury Trial

Baskloofs requests a trial by jury on all issues so triable.

Respectfully submitted, this 20th day of March, 2026.

FGP LAW, LLC


/s/ Frank G. Podesta
Frank G. Podesta
Georgia Bar No. 496530
fpodesta@fgplaw.com

555 Sun Valley Drive
Suite N-3
Roswell, Georgia 30076
678.677.5143 (voice)
678.222.0123 (facsimile)
*Attorney for Baskloofs*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Answer and Affirmative Defenses** was prepared using 14 Point Times New Roman Font, and that on March 20, 2026, I filed the foregoing with the Clerk of Court, and served same via this Court's CM/ECF Electronic Filing System.

Respectfully submitted, this 20th day of March, 2026.

FGP LAW, LLC


/s/ Frank G. Podesta
Frank G. Podesta
Georgia Bar No. 496530