# FGP Law, LLC

Business, Litigation & Tax

www.fgplaw.com                    555 Sun Valley Drive                    (678) 677-5143 (t)
fpodesta@fgplaw.com              Suite N-3                               (678) 222-0123 (f)
                                 Roswell, Georgia 30076


May 10, 2026


Courtroom Deputy for Hon. Leigh Martin May, Chief District Judge
United States District Court
1988 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309


     **Re:**    **Leave of Absence Request**
            **Baskloofs Stone, Inc. v. Truist Bank, Inc., et al**
            **GAND No. 3:25-cv-00256-LMM**


Dear Deputy:

As lead counsel for Plaintiffs in the above-styled action, and pursuant to Local Rule 83.1(E)(3), I respectfully request a leave of absence for the following period**s:**

**June 12 – 15, 2026**
**June 19 – 22, 2026**
**July 6 – 10, 2026**
**July 19 – 20, 2026**
**July 24, 2026**
**July 27, 2026**
**September 24, 2026 – October 6, 2026**
**October 15 – 20, 2026**
**November 20 – 30, 2026**
**December 21, 2026 – January 8, 2027**
**February 11 – 17, 2027**
**April 2 - 12, 2027**

Because each of the leave periods is less than twenty-one (21) days, I understand that a motion is not required.  I am not aware of any hearings, trials or appearances scheduled for the above-referenced matter during the requested leave period.  The reason for leave is that I will be out of the state and away from the practice of law for a personal family vacation.  Should you have any questions, please do not hesitate to contact me directly at my cell, (516) 313-2642.

Best,

/s/ Frank G. Podesta
Frank G. Podesta
Georgia Bar No. 496530