IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| BASKLOOFS STONE, INC., *doing business as* Debeer Granite & Marble, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:25-CV-00256-LMM |
| | : | |
| TRUIST BANK, INC., et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This case comes before the Court on Defendant Truist Bank, Inc.'s Motion for Leave to File Sur-Surreply to Defendant's Motion to Compel Arbitration [32] and Motion for Reconsideration [33]. On April 27, 2026, the Court denied, in part, and deferred, in part, Truist's Motion to Compel Arbitration and ordered Plaintiff to file a surreply. Dkt. No. [27]. Plaintiff has since replied, and the Court rejected Plaintiff's arguments and granted Truist's Motion to Compel Arbitration. Dkt. No. [34]. However, prior to the entry of the Court's Order, Truist (a) sought leave to file a sur-surreply and (b) asked the Court to reconsider its April 27, 2026, Order. Dkt. Nos. [32, 33]. Because the Court's May 26, 2026, Order granted Truist its requested relief, Truist's Motions are now moot.

2

Accordingly, Defendant Truist Bank, Inc.'s Motion for Leave to File Sur-Surreply to Defendant's Motion to Compel Arbitration [32] and Motion for Reconsideration [33] are **DENIED as moot**.

**IT IS SO ORDERED** this 27th day of May, 2026.

**Leigh Martin May**
**Chief United States District Judge**